[No. 69567-3-I. Division One. November 12, 2013.]

*In the Matter of the Marriage of* MASOOD ABAWI, *Appellant,* and WALQUIRIA GUTIERREZ, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 11-3-06209-4, James A. Doerty, J., entered September 18, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Lau, J.

[No. 42339-1-II. Division Two. November 13, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. DONOVAN C. BACH, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00386-0, Amber L. Finlay, J., entered June 27, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J.; Quinn-Brintnall, J., concurring in the result only.

[No. 42431-2-II. Division Two. November 13, 2013.]

ALEXIS S. SANTOS, *Appellant,* v. THE OFFICE OF THE INSURANCE COMMISSIONER, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-02856-4, Carol Murphy, J., entered July 15, 2011. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Tollefson, J. Pro Tem., concurred in by Johanson, J.; Worswick, C.J., dissenting in part.